UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 12-20306 CMB |
| | : | |
| Carol A. Cloutier, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date: March 22, 2017, at 10:00 am |
| | : | |
| | : | Responses due: February 16, 2017 |
| Applicants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND
ZEBLEY MEHALOV & WHITE FOR FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor filed on January 30, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than February 16, 2017.

It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor be entered by the Court.

Dated: February 21, 2017

ZEBLEY MEHALOV & WHITE, P.C.
By:

/s/ Daniel R. White
PA ID: 78718
Zebley Mehalov & White
18 Mill Street Square
Uniontown, PA 15401
724-439-9200
dwhite@zeblaw.com