**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  CAROL A. CLOUTIER | Case No. 12-20306CMB |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>CAROL A. CLOUTIER | Chapter 13<br><br>Related to:<br>Document No. __67__ |
|   Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __22nd__ day of __February__, 20__17__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Bur Of Comm Payroll Operations
> Attn: Dept Of Public Welfare
> Pob 8006
> Harrisburg, PA 17105-

is hereby ordered to immediately terminate the attachment of the wages of CAROL A. CLOUTIER, social security number XXX-XX-9673. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CAROL A. CLOUTIER.

~~FURTHER ORDERED:~~

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_  **kmt**
UNITED STATES BANKRUPTCY JUDGE

FILED
2/22/17 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-20306-CMB
Carol A. Cloutier                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe         Page 1 of 1         Date Rcvd: Feb 22, 2017
                         Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db            +Carol A. Cloutier,    123 Set Still Road,    Dilliner, PA 15327-2649
              +Bur of Comm Payroll Operations,    Attn: Dept of Public Welfare,    P.O. Box 8006,
                Harrisburg, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Daniel R. White    on behalf of Debtor Carol A. Cloutier dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com
      Elizabeth Lamont Wassall    on behalf of Creditor    Nationstar Mortgage, LLC. vbarber@udren.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sherri J. Braunstein    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
       Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP sbraunstein@udren.com,
       vbarber@udren.com
      Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
       Loans Servicing, LP, fka Countrywide Home Loans Servicing LP swinneg@udren.com,   cblack@udren.com
                                                                                                                             TOTAL: 8