IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 12-20306 CMB |
| | : | |
| Carol A. Cloutier, | : | Chapter 13 |
| | : | Related to: |
| Debtor. | : | Document No 63 |
| | : | |
| Daniel R. White and Zebley, Mehalov and White, | : | Hearing Date and Time: March 22, 2017 at 10:00 a.m |
| | : | |
| Applicants, | : | Responses due: February 13, 2017 |
| | : | |
| vs. | : | **ENTERED BY DEFAULT** |
| | : | |
| No Respondents. | : | |

## FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this __3rd__ day of __March__ ,2017, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtor is approved for the total amount of $5,378.83 for services rendered on behalf of the Debtor for the period from December 14, 2011, through January 24, 2017, which represents $4,727.50, in attorney fees and $651.33 in costs. The balance of $1,578.83 ($1,627.50 less $48.67 cost retainer balance) is requested to be paid by the Chapter 13 Trustee from funds already paid by or on behalf of the Debtor to the Trustee.

Any fee balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee, is expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

Order prepared by Daniel R. White

By the Court,

_Carlota M. Böhm_ J.
United States Bankruptcy Judge    kmt

FILED
3/3/17 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Carol A. Cloutier  
    Debtor

Case No. 12-20306-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Mar 03, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db           +Carol A. Cloutier,    123 Set Still Road,    Dilliner, PA 15327-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Daniel R. White    on behalf of Debtor Carol A. Cloutier dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
       Elizabeth Lamont Wassall    on behalf of Creditor    Nationstar Mortgage, LLC. vbarber@udren.com  
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Sherri J. Braunstein    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP sbraunstein@udren.com, vbarber@udren.com  
       Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP swinneg@udren.com, cblack@udren.com  
                                                                             TOTAL: 8