Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Carol A. Cloutier**
**aka Carol A. Ross**
Debtor(s)

Bankruptcy Case No.: 12−20306−CMB

Chapter: 13
Docket No.: 75 − 74

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 24th day of April, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/8/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/19/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/8/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 12-20306-CMB
Carol A. Cloutier                                                       Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                  Page 1 of 2                  Date Rcvd: Apr 24, 2017
                              Form ID: 408                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db             +Carol A. Cloutier,    123 Set Still Road,     Dilliner, PA 15327-2649
cr              Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,     P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
cr            ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX 75063)
13280772       +Arleen Ross,    167 Dora Village Main Street,    Greensboro, PA 15338-1015
13280767        Bank of America Home Loans,     P.O. Box 5170,   Simi Valley, CA 93062-5170
13319298       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13372826       +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
13280768      ++COLLECTION SERVICE CENTER INC,     363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,     P.O. Box 14931,
                 Pittsburgh, PA 15234-0931)
13280769       +Cornerstone Care-Dental,     7 Glassworks Road,   Greensboro, PA 15338-9507
13299623       +Fayette County Court of Common Pleas,     Janice Snyder, Clerk of Courts,    61 East Main Street,
                 Uniontown, PA 15401-3514
13299624       +Linda S. Moore, Esquire,     243 Booth School Road,    Graysville, PA 15337-3135
13280774        Mark J. Udren & Associates,     Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13280771        Penn Credit Corporation,     916 S 14th Place,   P.O. Box 988,    Harrisburg, PA 17108-0988
13280773       +Southwest Regional Medical Center,     350 Bonar Avenue,    Waynesburg, PA 15370-1608
13299625       +Timperion & Associate,    80 East Main Street,    Uniontown, PA 15401-3562
13299626       +White Hills Cash,    Island Financial, LLC,    P.O. Box 330,    Hays, MT 59527-0330
13386344       +White Hills Cash - Bankruptcy Department,     5781 W Sunrise Blvd,    Plantation FL 33313-6269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:09     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A., successor by merger to BAC
13653254*     ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
13280770      ##+Northwest Consumer Discount Company,     78 East High Street,    Waynesburg, PA 15370-1817
                                                                                 TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor Carol A. Cloutier dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Nationstar Mortgage, LLC. vbarber@udren.com
```

```
District/off: 0315-2           User: dric                 Page 2 of 2                   Date Rcvd: Apr 24, 2017
                               Form ID: 408               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP sbraunstein@udren.com, vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP swinneg@udren.com, cblack@udren.com
                                                    TOTAL: 8