**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Carol A. Cloutier** : | Case No. 12–20306–CMB |
| **aka Carol A. Ross** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| Nationstar Mortgage LLC : | |
| *Movant,* : | Related to Claim No. 2 |
| : | |
| v. : | |
| Carol A. Cloutier : | |
| aka Carol A. Ross : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

### ORDER

      **AND NOW**, this **18th day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Nationstar Mortgage LLC* at Claim No. 2 in the above–captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Carol A. Cloutier  
    Debtor

Case No. 12-20306-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: May 18, 2017  
                         Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
```
db         +Carol A. Cloutier,    123 Set Still Road,    Dilliner, PA 15327-2649
13653254   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
               Lewisville, TX 75067)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor   Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel R. White    on behalf of Debtor Carol A. Cloutier dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Elizabeth Lamont Wassall    on behalf of Creditor   Nationstar Mortgage, LLC. vbarber@udren.com
          James Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor   Bank of America, N.A., successor by merger to BAC
           Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP sbraunstein@udren.com,
           vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home
           Loans Servicing, LP, fka Countrywide Home Loans Servicing LP swinneg@udren.com,  cblack@udren.com
                                                                                             TOTAL: 8
```