**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/14/17 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   CAROL A. CLOUTIER

      Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Case No.:12-20306

Chapter 13

Document No.:   74

# BY DEFAULT

ORDER OF COURT

AND NOW, this ___14th___ day of ___July___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 12-20306-CMB
Carol A. Cloutier                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin            Page 1 of 2            Date Rcvd: Jul 14, 2017
                                Form ID: pdf900       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
```
db              +Carol A. Cloutier,    123 Set Still Road,    Dilliner, PA 15327-2649
cr               Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,    P.O. Box 4365,
                  Woodland Hills, CA  91365-4365
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13280772        +Arleen Ross,    167 Dora Village Main Street,    Greensboro, PA 15338-1015
13280767         Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13319298        +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13372826        +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                  20750 Ventura Blvd., Suite 100,    Woodland Hills,  CA 91364-6207
13280768       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center, Inc.,    P.O. Box 14931,
                  Pittsburgh, PA 15234-0931)
13280769        +Cornerstone Care-Dental,    7 Glassworks Road,    Greensboro, PA 15338-9507
13299623        +Fayette County Court of Common Pleas,    Janice Snyder, Clerk of Courts,    61 East Main Street,
                  Uniontown, PA 15401-3514
13299624        +Linda S. Moore, Esquire,    243 Booth School Road,    Graysville, PA 15337-3135
13280774         Mark J. Udren & Associates,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
13280771         Penn Credit Corporation,    916 S 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13280773        +Southwest Regional Medical Center,    350 Bonar Avenue,    Waynesburg, PA 15370-1608
13299625        +Timperion & Associate,    80 East Main Street,    Uniontown, PA 15401-3562
13299626        +White Hills Cash,    Island Financial, LLC,    P.O. Box 330,    Hays, MT 59527-0330
13386344        +White Hills Cash - Bankruptcy Department,    5781 W Sunrise Blvd,    Plantation FL 33313-6269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: bnc@bass-associates.com Jul 15 2017 01:18:35     Capital One, N.A.,
                  Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, N.A., successor by merger to BAC
13653254*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
13280770       ##+Northwest Consumer Discount Company,    78 East High Street,    Waynesburg, PA 15370-1817
                                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor Carol A. Cloutier dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Nationstar Mortgage, LLC. vbarber@udren.com
```

```
District/off: 0315-2          User: lfin              Page 2 of 2               Date Rcvd: Jul 14, 2017
                              Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP sbraunstein@udren.com, vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP swinneg@udren.com, cblack@udren.com
                                                                                        TOTAL: 8