**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CAROL A. CLOUTIER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-20306 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/24/2012 and confirmed on 04/04/2012 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 52,160.00 |
| Less Refunds to Debtor | 918.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,241.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,878.83 | |
|    Trustee Fee | 1,831.61 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,710.44 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 29,268.58 | 0.00 | 29,268.58 |
|    Acct: 5312 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 13,308.70 | 13,308.70 | 0.00 | 13,308.70 |
|    Acct: 5312 | | | | |
| BONNIE GALLOWAY | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 |
|    Acct: | | | | |
| BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8574 | | | | |
| | | | | 44,077.28 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CAROL A. CLOUTIER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CAROL A. CLOUTIER | 918.87 | 918.87 | 0.00 | 0.00 |
|    Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|    Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,578.83 | 1,578.83 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-17 | | | | |
| CLERK, U S BANKRUPTCY COURT | 165.04 | 165.04 | 0.00 | 165.04 |
| Acct: XXXXXXXXXXXXXXXXXXXX CTR | | | | |
| | | | | 165.04 |
| **Unsecured** | | | | |
| CORNERSTONE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1166 | | | | |
| LINDA S MOORE, ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTHWEST CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| ARLEEN ROSS | 1,500.00 | 1,040.01 | 0.00 | 1,040.01 |
| Acct: | | | | |
| SOUTHWEST REGIONAL MED CNTR | 303.75 | 45.56 | 0.00 | 45.56 |
| Acct: 9673 | | | | |
| TIMPERIO & ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WHITE HILLS CASH | 292.50 | 202.80 | 0.00 | 202.80 |
| Acct: 3880 | | | | |
| BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,288.37 |
| **TOTAL PAID TO CREDITORS** | | | | 45,530.69 |

TOTAL CLAIMED
PRIORITY        165.04
SECURED      14,808.70
UNSECURED     2.096.25

Date: 08/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com